# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 8:24-bk-00504-RCT  
**Case Name:** ROBERT MARK MISCAVAGE  
**For Period Ending:** 03/31/2025

**Trustee Name:** (290770) Douglas N. Menchise  
**Date Filed (f) or Converted (c):** 01/31/2024 (f)  
**§ 341(a) Meeting Date:** 02/28/2024  
**Claims Bar Date:** 06/03/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3349 Plantation Dr, Sarasota, FL 34231-0000, Sar<br>Imported from original petition Doc# 1 | 328,800.00 | 0.00 | | 0.00 | FA |
| 2 | 2012 Toyota RAV4, 117,000 miles, VIN: 2T3ZF4DV9CCW114047<br>Imported from original petition Doc# 1 | 9,522.00 | 8,522.00 | | 0.00 | FA |
| 3 | See Exhibit "A" - Household Goods Sheet<br>Imported from original petition Doc# 1 | 1,212.00 | 383.00 | | 0.00 | FA |
| 4 | TV, Computer, Cell Phone, Radios (2)<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Wheelchair, Walker, Rehab Bands, Glasses<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Men's Clothing<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding Band<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Cash<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Achieva Credit Union xxx8783<br>Imported from original petition Doc# 1 | 35.62 | 0.00 | | 0.00 | FA |
| 10 | Savings: Achieva Credit Union xxx0001<br>Imported from original petition Doc# 1 | 21.62 | 0.00 | | 0.00 | FA |
| 11 | Checking: First Credit Credit Union xxx3040<br>Imported from original petition Doc# 1 | 18.03 | 0.00 | | 0.00 | FA |
| 12 | Savings: First Credit Credit Union xxx3000<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 13 | Other financial account: WalMart Money Card xxx6<br>Imported from original petition Doc# 1 | 9.67 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case No.: 8:24-bk-00504-RCT  
Case Name: ROBERT MARK MISCAVAGE  
For Period Ending: 03/31/2025

Trustee Name: (290770) Douglas N. Menchise  
Date Filed (f) or Converted (c): 01/31/2024 (f)  
§ 341(a) Meeting Date: 02/28/2024  
Claims Bar Date: 06/03/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Chesapeake Life Insurance - Whole: Maison & Lora<br>Imported from original petition Doc# 1 | 14,053.00 | 0.00 | | 0.00 | FA |
| 15 | Int. in Ins. policies: Medicare Supplement; Auto<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$353,876.94** | **$8,905.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/9/2025- Filed Report and Notice of Intention to Sell ; 3/24/25 emailed Debtor's atty for a buy-back check for the debtor's RAV-4 auto or the turnover of the vehicle for liquidation no later than 3/28/24.  2/29/24- SERVED ORDER AND FILED PROOF OF SERVICE de#9; 2/28/24-Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order;

**Initial Projected Date Of Final Report (TFR):** 12/31/2024     **Current Projected Date Of Final Report (TFR):** 12/31/2025